**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW GREGORY MCLAUGHLIN,<br><br>                Plaintiff,<br><br>    v.<br><br>KAMALA HARRIS, et al.,<br><br>                Defendants. | Case No. 8:18-cv-00546-JLS-KESx<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (Doc. 15)** |

     Before the Court is Defendants the State of California and the Supreme Court of California's Motion to Dismiss. (Doc. 15.)[1] Plaintiff did not file an opposition. "The failure to file any required document . . . may be deemed consent to the granting or denial of the motion . . ." C.D. Cal. R. 7-12. Thus, the Court deems Plaintiff's failure to respond as consent to granting the Motion.

---

[1] The State of California filed a Motion to Dismiss on August 15, 2018 (Doc. 14), but on August 22, 2018 the State of California and the California Supreme Court filed an Amended Motion. (Doc. 15). Both Motions seek dismissal based on sovereign immunity.

1     Accordingly, the Court GRANTS the Motion to Dismiss and VACATES the
2 hearing set for November 9, 2018, at 10:30 a.m.

4 IT IS SO ORDERED.

7 Date: November 07, 2018

8                                HON. JOSEPHINE L. STATON
9                               UNITED STATES DISTRICT JUDGE