MATT MCLAUGHLIN (Cal. Bar #198329)
ATTORNEY AT LAW
19744 Beach Boulevard #219
Huntington Beach, CA 92648
Phone (949) 278-3433
Fax (949) 285-7902
matt.mclaughlin@4stewardship.com
*Attorney for plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION - ORANGE COUNTY

| | |
|---|---|
| MATTHEW GREGORY MCLAUGHLIN, *for himself and those similarly situated;*<br><br>*Plaintiffs,*<br><br>*vs.*<br><br>KAMALA HARRIS, *in her individual capacity;* XAVIER BECERRA, *in his individual and official capacity as Attorney General of California;* TANI GORRE CANTIL-SAKAUYE, *in her official capacities as Chief Justice of the California Supreme Court and as Chair of the Judicial Council of California;*<br><br>*Defendants.* | **Case No. 8:18-cv-00546**<br><br>**SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR DAMAGES** |

*" And the LORD said, Because the cry of Sodom and Gomorrah is great, and because their sin is very grievous;" Genesis 18:20*

---

2nd AMENDED COMPLAINT

## 1. INTRODUCTORY CLAIMS

1. California's former and current state attorney generals, defendant KAMALA HARRIS ("HARRIS") and defendant XAVIER BECERRA ("BECERRA"), have unconstitutionally violated, and are continuing to violate, citizens' rights to petition, free speech, religion, and to equality under law as guaranteed by the First Amendment and Fourteenth Amendment of the US Constitution, by (1) preventing plaintiff MATT MCLAUGHLIN ("MCLAUGHLIN"), and those similarly situated, from proposing and circulating for signature anti-sodomy petitions in the state of California even though that is a mandatory duty of their office; and (2) by perversely asserting California's anti-SLAPP law (Code of Civil Procedure section 425.16) to strike down and to threaten with sanctions innocent citizens such as MCLAUGHLIN who file lawsuits against the attorney general after being victimized by the attorney general's deliberate and malicious refusal to comply with the mandatory duties of his/her office in violation of the citizens' constitutional rights.

2. This lawsuit seeks past and on-going damages against HARRIS and BECERRA in their individual capacities for the aforesaid conduct which they should have known violated MCLAUGHLIN's clearly established constitutional rights to free speech, petition, religious liberty, and equality under law; and it also seeks current and prospective declaratory and injunctive relief against the current attorney general, BECERRA, in his official capacity, to stop him from engaging in such aforesaid violations against MCLAUGHLIN, and those similarly situated, in the future.

3. This lawsuit also seeks current and prospective declaratory and injunctive relief against BECERRA, in his official capacity, to prevent him from charging petitioning proponents the unreasonably excessive $2,000 fee under Elections Code section 9001, a ten-fold increase that was specifically enacted in response to MCLAUGHLIN's anti-sodomy petitions with the design of erecting a hurdle that would unreasonably burden citizens like MCLAUGHLIN in order that they be

prevented and deterred from from engaging in their petitioning rights, in violation of, *inter alia,* the 1st and 14th Amendments of the United States Constitution.

4. This lawsuit also seeks declaratory and injunctive relief against TANI GORRE CANTIL-SAKAUYE ("SAKAUYE") in her official capacities as both the Chief Judge of the California Supreme Court and as the Chair of the Judicial Council of California, to stop their practice of permitting so-called "unpublished" opinions against Bible-Christians like MCLAUGHLIN who are deprived of their petitioning rights, meaning such court decisions may be whimsically ignored when the court wishes in identical future cases to rule favourably for leftist litigants without having to explain or account for its departure from what it decided against MCLAUGHLIN in the "unpublished" opinion, and therefore the judge's legal interpretation can be unfairly rendered against one unfortunate Bible-Christian litigant only, thus he becomes the recipient of unequal treatment under the law in violation of the Fourteenth Amendment of the US Constitution, and in violation of the guarantee clause of Article IV section 4 that requires a Republican form of government in each state.

5. Plaintiff McLaughlin did not invent the idea that sodomites deserve death, or that those that those who tolerate them will suffer destruction. God did. These sentiments - which were affirmed by the Lord Jesus Christ (*e.g.,* Luke 17:28-30; 12:49; 13:2-5; ) - have been part of the unquestioned bedrock of Western Civilization's legal tradition, including traditional American law, and remained so until the sudden aberrant departure therefrom over the last 25 years. Plaintiff McLaughlin's anti-sodomy petitions are in keeping with the values and beliefs of the American Founding Fathers much more than those recent leftist court decisions that laughably purport to make acts of sodomy and so-called marriages between sodomites 'fundamental' rights and 'worthy of respect'. Plaintiff McLaughlin's anti-sodomy petitioning was his political participation right to engage in the public sphere of ideas as a shock that would re-calibrate the political debate which had become increasingly hostile to Bible-Christianity and in its delusion of a universal acceptance of sodomy

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

and displayed no appreciation for the excessive levels of 'tolerance' that had already been extended to aggressive sex-pervert activists by long-suffering Christians who were watching their religious rights come under siege, and yet those sodomites, far from being 'oppressed' were actually quite fortunate, historically, to even be permitted to live.

## II. PARTIES

### PLAINTIFF:

6. Plaintiff MATTHEW GREGORY MCLAUGHLIN ("MATT MCLAUGHLIN," or "MCLAUGHLIN," and referred to herein in the first-person) is a U.S. citizen and resident of Orange County, California, a lawyer licensed with the California State Bar, a Bible-believing Christian, and a proponent of petitions (including the King James Bible Textbook petition of 2004 and the Sodomite Suppression Act of 2014), and he sues herein on his own behalf and on behalf of all person similarly situated and for the public benefit.

### DEFENDANTS:

7. Defendant KAMALA HARRIS is believed to be a resident of Brentwood in Los Angeles County, is currently the junior United States Senator for California with an office in Los Angeles County, and was formerly the California Attorney General at times relevant to this complaint. It was her official duty to defend and enforce the laws of California. She is a person under 42 USC section 1983, was acting under color of law at all times relevant to this complaint, and she is sued in her individual capacity for damages for the intentional and malicious violation of my constitutional rights as described herein.

8. Defendant XAVIER BECERRA is believed to be a resident of Los Angeles County, and is currently the Attorney General for California with an office in Los Angeles County. It is his official duty to defend and enforce the laws of California. He is a person under 42 USC sec. 1983, was acting under color of law at all times relevant to this complaint, and is sued in his official capacity for declaratory and

injunctive relief, and is sued for damages in his individual capacity for the intentional violation of my constitutional rights as described herein.

9. . Defendant TANI GORRE CANTIL-SAKAUYE has offices in California and is sued in her official capacity as the current Chief Justice of the California Supreme Court, and in her official capacity as the current Chair of the Judicial Council of California.  She has the power to ensure the compliance of the California Supreme Court and the Judicial Council of California with the declaratory and injunctive relief requested. She is a person under 42 USC sec. 1983 and was acting under color of law at all times relevant to this complaint.  She is sued in her official capacities for declaratory and injunctive relief for her violation of the constitutional rights of plaintiff, of all persons similarly situated, and for the general public.

10. Each Defendant, and those subject to their direction, supervision, and control, has or intentionally will perform, participate in, aide and/or abet in some manner the acts alleged in this complaint, has or will proximately cause the harm alleged herein, and has or will continue to injure the plaintiffs irreparably if not enjoined. Accordingly, the relief requested herein is sought against each Defendant, as well as all persons under their supervision, direction, or control, including but not limited to their officers, employees, and agents.

### III. JURISDICTION AND VENUE

11. Plaintiff brings this action as a Federal question jurisdiction under the United States Constitution, First and Fourteenth Amendments, and 42 U.S. Code § 1983, 1988, and 28 U.S.C. §§ 1331, 1343, 1357, and this court has jurisdiction to issue appropriate injunctions and declaratory relief under 28 U.S.C. §§ 2201 and 2202.

12. Venue in this district is proper under 28 U.S.C. section 1391(b).

### IV. STATEMENT OF CLAIMS

13.  California's former Attorney General, HARRIS fraudulently under color of law violated my right to petition under the First Amendment of the US Constitution as that is regulated under California law (*e.g.,* Cal. Const., art. II, § 8; Elections Code § 9001(a); 9006(a); *etc*). In furtherance of the exercise of my religious and political

rights, in February 2015 I proposed a petition entitled "The Sodomite Suppression Act". HARRIS was under a mandatory duty as the attorney general to return to me a title and summary of this proposed petition so I could legally circulate it for signatures, but she refused. Instead she sued me in Sacramento Superior court (over 400 miles away from where I live) and obtained a default judgment that purported to relieve her from her mandatory duty as to that specific petition. Immediately thereafter I submitted a new and different petition called the "Sodomite Suppression Mandate" which this time sought to change the state's constitution rather just its penal code. Instead of performing her mandatory duty or returning again to state court to seek relief, HARRIS falsely alleged that my new proposal was identical to the first and that she had discretion to reject it, and thereby she denied me my rights to petition unjustly and without due process of law. HARRIS violated my rights because she allowed her hatred of my religion of Bible-Christianity to illegally motivate her to discriminate against me. HARRIS referred to plaintiff in insulting language to sodomite supporters and meanwhile she willingly gave title and summary to another petition that vindictively called MCLAUGHLIN a "Jackass" and threatened to fine him and send him to a re-education camp.

    14. The California Supreme Court refused to consider my mandamus petitions to force HARRIS to do her job so that I could petition, and so did the California Court of Appeal 3nd District to which the Supreme Court referred the matter. Therefore I filed a complaint for damages against HARRIS in state court in downtown Los Angeles, however before answering her office moved to strike my complaint under the anti-SLAPP provisions of California's Code of Civil Procedure section 425.16 that prohibit "strategic litigation against public participation." The trial court 01/09/2017 granted her motion finding that my complaint against her - in which I alleged she had violated *my* First Amendment rights - violated *her* First Amendment rights! On 01/24/2017 BECERRA became the attorney general of California and he adopted and continued the same conduct of his predecessor against MCLAUGHLIN.

15. The dismissal of my complaint was upheld on appeal by the California Court of Appeal, 2nd District, Division 4 in an opinion that they designated as "unpublished" so that it would have no precedential value or effect. I objected to this designation because it creates unequal justice, allowing those liberal judges to give a conservative like me unfair treatment while relieving them from having to apply such unfairness to any future left-wing activists. They refused my request and forwarded it to the California Supreme Court and on 4/25/2018 its chief judge, defendant SAKAUYE, affirmed the decision to leave the opinion against me as "unpublished."

16. I am filing this complaint in Federal Court after having exhausted my attempts to litigate for my rights within the State of California's legal system because all the courts - to the highest level - have ignored my requests for relief, ignored my appeals, dismissed my complaint before being heard, and affirmed the dismissal by way of an unfair 'unpublished' opinion because they are all afraid of the political backlash from sodomite activists if they deal with it forthrightly and grant me my relief to which I'm entitled. Therefore the Federal Court should hear my complaint for damages and declaratory relief against the defendants so that my Constitutional rights are finally afforded venue for adjudication.

17. The current attorney general of California, Defendant BECERRA, since talking office, has, under color of law, despite request continued the same aforesaid unjust policies and violations of rights of the prior attorney general against my rights to petition, and also by his unconstitutional use of the anti-SLAPP law as a shield against citizens that sue state actors for violations of their civil rights, penalizing them with exposure to the liability of paying the state's attorney's fees just for seeking a day in court against unjust state action.

18. Meanwhile my anti-sodomy petitions caused such outrage in the sodomite-dominated California legislature that they made it their stated intent to prevent me from filing new petitions by enacting Assembly Bill 1100, sponsored by openly anti-christian sodomite legislators Evan Low and Richard Lara (who also personally requested that the California State Bar would disbar the plaintiff based on the content

of his petition), that raised the fee for proposing a petition ten-fold to $2,000. California legislators also threatened that if my petition went forward they would expose to public intimidation anyone who dared to signed it. It became law Sept 15, 2015. This fee increase is unlawful under the US and California constitutions because it is designed to discriminate against Bible-Christians of limited means from circulating their petitions since the Constitutional right to petition is regulated in California to require payment of this fee or else petitioning is not authorized (Elections code sections 9001(a); 9014; 9015 ; *etc.*). The law provides for no fee-waiver provisions for low-income citizens and the $2000 fee is irrational in that it exceeds the minor initial administrative costs incurred by the state of California entailed in processing the first step of the petition process; and the fee is also contrary to the California Constitution, Article XIII, Section 3 because it was not passed with $2/3^{rd}$ majority. Defendant BECERRA as Attorney General has the duty to collect this unjust fee before low-income citizens and Bible-Christians may circulate their petitions lawfully and therefore his office should be enjoyed from doing so.

19. Blame for establishing the rules that authorize 'star chamber' type court opinions that uniquely bind only certain litigants but have no general common law application lies with both the California Supreme Court and the Judicial Council of California who have, respectively, adopted and published the California Rules of Court, including those in Division 5 of Title 8 ("Publication of Appellate Opinions"). These rules are not only contrary to common law, they also violate the 14th Amendment because it establishes an unequal system of justice, and therefore the individual justices and council member defendants must be enjoined from engaging in or authorizing this unlawful conduct, must mitigate in equity the harms caused thereby, including to plaintiff and those similarly situated. The California Supreme Court's and Judicial Council's conduct was performed under color of law by Defendant TANI GORRE CANTIL-SAKAUYE as its Chief Justice and pursuant to the rules published and adopted by the Judicial Council over which she is the Chair.

/ / /

## V. PRAYER FOR RELIEF

20. Plaintiff asks for:

(1) Damages, including punitive damages, against California's former attorney general Kamala Harris individually for fraudulently and maliciously, under color of law, violating my Constitutional rights to propose and circulate anti-sodomy petitions, and for using the anti-SLAPP law unfairly against me, which she reasonably knew in her personal capacity was a violation of my rights as described herein;

(2) Damages against California's current attorney general Xavier Becerra individually for continuing the unjust policy of Kamala Harris to violate my right to petition by not processing my anti-sodomy petitions, and by using the anti-SLAPP law unfairly against me, because he reasonably knew in his personal capacity that this was a violation of my rights as described herein;

(3) For a declaration of rights and injunction with equitable relief requiring attorney general Becerra in his official capacity to process the sodomite suppression infinitives I have presented to his office and to no longer file preemptive lawsuits against citizens to prevent them from seeking to circulate petitions, and for credit for the fee of $200 I already paid and was accepted by his office to do so.

(4) For a declaration that California's Code of Civil Procedure section 425.16 (the anti-SLAPP law) is unconstitutional in its use as described herein and to permanently enjoin defendant Xavier Becerra as attorney general from using it as a one-sided shield to protect California state-actor defendants while quashing the citizens' civil rights complaints against them and subjecting the people to legal sanctions just for seeking their day in court against state actors who treated them unjustly;

(5) For a declaration that challenged portion of Cal. Elections code section 9001 as modified by Assembly Bill 1100 that raised the petition proposal fee to $2,000 is unconstitutionally excessive and discriminatory and permanently

enjoining the California Attorney General from complying with its provisions; and

(6) for a declaration that the challenged conduct and provisions of California Rules of Court, including those in Division 5 of Title 8 ("Publication of Appellate Opinions") pertaining to the practice of designating certain judicial opinions as "unpublished" creates a manifestly unfair, unequal, and pernicious system of justice to the harm of litigants such as myself, in violation of the 14th Amendment, and that defendant TANI GORRE CANTIL-SAKAUYE as the Chief Judge of the California Supreme Court, and as the Chair of the Judicial Council of California, be permanently enjoined from engaging in this practice and that she order set-aside and vacated whatsoever State court opinions that have been ordered "unpublished" since that designation impermissibly taints the decisions rendered there-under since it emboldens judges to issue unfair opinions;

(7) For an order applying the aforsaid injunctions to all of the defendants' agents, officers, and employees and for the benefit of not only MCLAUGHLIN but all persons similarly situated.

(8) Make all further orders as are just, necessary, and proper for the protection of the general public and all those similarly situated as the plaintiff.

(9) For costs of suit and reasonable attorney's fees.

(10) Grant such other relief as the Court deems just and proper.

Date:  <u>January 3, 2019</u>          /S/ **MATT MCLAUGHLIN**

MATT MCLAUGHLIN ESQ (Cal. Bar #198329)
19744 Beach Boulevard #219,
Huntington Beach, CA 92648
Phone (949) 278-3433
Fax (949) 285-7902
matt.mclaughlin@4stewardship.com
*Attorney and plaintiff*